Now we will turn to our one case for this afternoon, which is Honda Lease Trust v. Malangas Automotive and Butler Township. Malangas Automotive v. Medina. I'm going to start with you, Mr. Dustin. Thank you, good afternoon, your honors. May it please the court, Nick Dustin on behalf of Honda Lease Trust, complaint of appellant. Can I just ask some factual questions at the outset before we get into the law? I have to say I'd like to reserve two minutes, but then you know, that's fine. I'm sorry. I apologize the So this was a lease that was in 2018 is that correct? I believe that's accurate. It was what 36 payments three years and the person kind of defaulted fairly soon thereafter. Yes, and there was was there any attempt by Honda to Get those payments back Or to repo the car they would they would look to repossess the car from the customers known address and Possibly his workplace, but they wouldn't necessarily be able to find it if he was keeping it somewhere else If you take for example, the city around us has many garages with a gate There'd be no way for them to repossess it if he was keeping it in such a location Or if he had moved without telling them for example, or if it's at a body shop where nobody told us it was there But they certainly would have assigned a repossession agent to look for it The other part of your question. No, they haven't at least Actually, I can't say as of today, but as of when this case was being litigated They had not brought for example a collection action against. Mr. Medina for the balance, but This case is about Honda's property right in the vehicle, which is separate, but okay, so the two years later in July 11th of 2020 Mr. Medina's pulled over and the car is impounded and sent to Milonga's and The then it was the way the statute or the ordinance reads after seven days You give the owner And you're saying the owner isn't necessarily listed as the real registered owner, but even though the registered owner as of August 1st 2018 was Honda, right? This is what I view is a flaw that is in many ordinances and Statutes where they use the word owner to mean two different things. Yes, but so but my point is that so then it's 347 or whatever it is days later before you finally do get notice. So it's 2021 Why within those three years was there not an attempt by Honda to Find the vehicle and Just repo it there certainly was your honor just didn't work because they couldn't find it it wasn't part of the record on summary judgment because I don't think the defendant made any such argument, but it is in the Account notes that were exchanged in discovery among other things that they assigned a repo agent to look for it But as I said, there's only so many things they can do to actually find it particularly when Medina or any other customers living in a city. I believe he was a resident of Philadelphia It's just very difficult to locate and repossess cars in a city where they could be parked blocks away from where somebody lives in a parking garage But you also mentioned where does a person work if you know where the person's working wouldn't you go there? They would they would run that address which is which is what they mean by sending a tow truck to that So assume that you had been given notice of the impoundment What then would you have challenged the validity of the impoundment or what? What would that have done for you? So If well certainly as a practical matter if they knew of the impoundment within a week or two They probably would have picked it up paid them along as a couple hundred bucks and moved on. Yeah But your honor I do believe that still in this instance would have Violated the Constitution whether that resulted in a lawsuit is a practical business question but The fact of the matter is that You don't have to prove that you might win a hearing to get a hearing Fuentes makes quite clear that Being able to claim that you would win is not what procedural due process is about And hearings can can have many benefits Not just challenging the action. Although that's certainly what hearing most often is for for example every day In municipal court somebody shows up and says you're right I owe that but can I pay in two weeks and the judge will often say that's totally fine in this instance Honda could have pointed out. Let's say they found out in 30 days They could have pointed out that the ordinance requires. They only pay seven days not 30 days and the hearing Officer or judge or municipal court judge or whatever would have said that's right I'm ordering the longest to give it to you for $500 not $2,000 those disputes your honor arise Constantly, I'm handling hundreds of her Plevin cases for these companies Every day, mr. In New Jersey. Mr. Dustin. I'd like you to clarify for us What aspects of procedural due process are at issue here Is is your due process argument that the 90-day notice you receive that is the notice of intent to sell? Didn't provide for the opportunity for a hearing is it that that? notice Should have gone at an earlier time and was it's a violation that it was delayed as long as it Or is it that there's as for less oars? That there's some particular notice. They should receive that other owners Are already receiving all of those things your honor. So When a car is impounded Notice needs to be given of that fact to anybody with an interest in the vehicle relatively promptly whether This Quick question on that at what point are you alleging that deprivation of your interest began? As soon as the vehicle was impounded without telling us your honor and by the way without telling us that there was a hearing available to participate in the Disposition of the vehicle or challenge the impound or challenge the turnover to Milongas. I'll pick up on that later Why don't you go back to so the let's take it backwards in time the abandonment notice that came 347 days later doesn't mention a hearing at all. So we shouldn't really call that a notice It's a notification that it that Milongas intends to apply to New Jersey Motor Vehicle to get title to the vehicle There's no hearing in that statute unless you file a lawsuit to stop it So that that's a notification of what Milongas is doing, but not a notice before that this ordinance says Without any time frame that the police shall be responsible for notifying an owner of an abandoned vehicle under this chapter That his or her vehicle has been towed and as the district court found Butler's policy is to tell you where the car is and what to do to get it But I thought you were waving the argument about notification That is notice simply that it was it had been towed Your argument as you made clear in particularly in your reply is that the Notice here Should have should have been Given As to the opportunity for hearing absolutely your honor so so these two things are Connected and as I was alluding to with the abandonment notice not none of the communications received from the defendants Were a notice in the due process sense of the meaning of that word each of these communications might have been a notification of what was happening, but none of them said if you want to Appear and be heard you should go over here at this time on this day, or this is how you access your hearing, okay? So that's one aspect of it now talk to us about that the timing issue So the the case law and I've cited many Circuit and district court cases that analyze this is is fairly clear that the notice of the hearing should happen reasonably soon after After an impound for a post impound hearing of course like so many things in the law That's that's nice and very recently soon mean this right so the case is as far as I can tell the longest time Approved was 25 days in Los Angeles versus David Which is a Supreme Court matter, but that that policy allowed a person to retrieve their vehicle While they waited for their hearing and I believe that's one of the only reasons the Supreme Court thought the 25 days was acceptable and that Involved the actual driver did and they're right that was also the driver who of course many of these cases say The driver received due process because they were told they could have a hearing at the time they were removed from the vehicle most Of the cases where The vehicle is held pending the hearing are much shorter a week or less You know from my clients perspective The the within a month timeline would be perfectly acceptable the issue at here in this case Is that they're not told about a hearing at all? Did you say within a month within 30 days would be reasonable? From from our perspective from my clients perspective as a business I We're talking here about due process. So what is it that you're saying is required by due process? For everybody your honor. It should be within a week in my opinion, but the cases they vary I think in the Aston case judge diamond did a pretty good job of collecting a variety of cases that Talked about the timing issue and they tend to come out around or under a week when the car is going to be held Pending the hearing and then they allow like I said with David a little longer timeline if you're allowed to somehow pick up the car Before you're here. So the seven days that's provided in the ordinance I you believe your argument is that would comport with Well, you'll do process, but it's not given to less ors I appreciate your question on because I want to focus on what this ordinance says and what it doesn't say first of all Both the district court and Butler have repeatedly said that it only requires Malanga to notify the owner. That's not what it says And it doesn't say within seven days It's actually that within is somebody picking it up within seven days and then being notified afterwards. So I'll read the text to 16-16 actually says the police department Police department shall be responsible for notifying the owner of an abandoned vehicle towed under this chapter that his or her vehicle was towed and Then in the event that a towed vehicle is not removed within seven days by the owner the towing company shall be responsible for notifying the police department of said situation and Then there's a limit on their fees if they don't do that And then it says thereafter it shall be the obligation of the contractor to contact the owner or operator of a stored vehicle There's multiple problems here. One of which is they're only Required to tell people about an abandoned vehicle not a seized vehicle so either this doesn't apply at all to our situation or what they're getting at is At some point after a vehicle is seized. It's somehow becomes abandoned when nobody picks it up Which of course my client couldn't do when they didn't know where it was And then it just says whatever that happens whenever the seized vehicle becomes abandoned The police shall notify the owner. It doesn't say when it has absolutely no timeline in it And then it says if the owner doesn't pick it up within seven days Then the towing company takes over the contact with the owner so that within seven days is this sort of nebulous Handoff between the police and the towing company But by no means is this referring to the time frame after the impound it's not clear to me at all that that's what it's talking about And why should we interpret owner here as Excluding the title so your honor the definition section of Butler's ordinance says definitions are per New Jersey law and The cross-reference to New Jersey law says owner means registered owner which sometimes means the titled owner But with a leased car, that's not what it is, but that's incorporated in chapter 225 But we're talking about chapter 226 right well, so also your honor I will say that's not the most important point because even if owner here means titled owner It doesn't call for no notice of a hearing at all. It doesn't have any specified time frame for providing Notification of what happened for setting aside that it doesn't provide notice of a hearing at all And it's precisely this convoluted Procedure and this ordinance that creates this problem as I said Butler tells the driver of an impounded vehicle But then waits for the vehicle to somehow transform from seized to abandoned to provide any notice whatsoever and not of a hearing Thank you Thank you Miss Flynn Afternoon your honors Catherine Flynn with Flynn Mott's on behalf of Butler Township Miss Flynn, can you pick up where we left off? We're looking at 216 dash 16 which seems to put the onus on the police department not on the the towing company For notifying the owner of an abandoned vehicle towed under this chapter Yes, so looking at the language of that particular ordinance Says the police department shall be responsible for notifying the owner of an abandoned vehicle towed under this chapter That the vehicle has been towed to the impoundment area In the event the towed vehicle was not removed within seven days. The towing company shall be Responsible the onus is then placed on the towing company To notify the police department and here that did not happen So the mandates of the ordinance and the contract with the towing company Malanga Required that when there was no notification or response to a notification By Malanga They were to notify if the car was still there. They were to notify Malanga was to notify the police department So where does the police department? notify the owner and in particular the titled owner once the Determination is made that it has been abandoned and what triggers that obligation on the part of the township police department is once they are notified that that car remains at the towing lot and that The owner was notified and has failed to obtain or do anything to come and get the vehicle If the car is not abandoned, but seized Then What ordinance provision comes into play We're not dealing with an abandonment here right this Honda wasn't abandoned right it was just impounded after a traffic stop Correct. Correct, but from the police department's perspective from Butler's perspective if that car if if Malanga had done what they were obligated to do Then Honda would have picked up The vehicle presumably and if they didn't then it would become an abandoned vehicle Requiring them to give us notice that that has in fact occurred. So the police nobody did anything, right? Malanga just stayed there. There was no notice given by Malanga's to the police department and And Nothing happened at all the police department did give notice as it was obligated to to the driver upon the impoundment and The obligations pursuant to the contract worse were not satisfied by Malanga where the police department would have been put on notice of the status of the vehicle so a Determination could be made if it was considered abandoned or not Malanga did Nothing, they didn't notify the owner pursuant to their obligations but certainly they didn't but as Malanga's by virtue of the contract that has with Butler a An effect acting as as the Butler's agent purposes of impounding the car There's two Arguably, yes, but Butler through it through the contract Has certain obligations that they need I'm sorry Malanga through the contract had certain obligations that they needed to meet and it didn't but it but are they also not acting as the Person responsible for we're dealing with on behalf of Butler in connection with notice to Either the driver or the owner After a certain period of time, I don't believe with respect to the due process arguments being made Forgetting due process for the moment How if Malanga doesn't do his job who's going to get notice to the owner and the the driver if Malanga doesn't do its job They should have put us on notice that they haven't Undertaken to do anything to ascertain the owner and put the noter at the owner on notice of The presence of the vehicle and that it was towed How did it finally come to light in? 2021 almost a year after the car was impounded that something was amiss. I Believe it was that Honda did did Find out vis-a-vis Malanga looking to Do something with the vehicle put it on auction or sell it So there there was and that's when the notice was given to Honda that within 90 days we could sell this That was the first time that Notice was given to Honda correct And the first time that Butler Police Department township of Butler was on notice that Malanga didn't abide by its obligations pursuant to the ordinance So its obligations talk about notifying an owner Why shouldn't we be looking to the definition of owner? in in Chapter 39 the New Jersey statutes which Limited to the registered owner and not the title donor. Yes part of the agreement with Malanga if Accepting that as the definition of Owner is that they are to ascertain who the actual owner is once the car is impounded. That's part of their contractual obligation Who was the registered owner of the car Honda and who was the title donor? Honda, I'm sorry. We're in their contractual name Okay, we're in the contractual obligation is Does it specify that they are to give notice to the title donor and not simply the owner as It's it's that term is used in the ordinance Okay The term owner in the ordinance means the actual titled owner and that's what's being contemplated by the language of the ordinance So what where do you get that? I thought you said a moment ago. Let's we can assume that the that 39 39 1-1 with the definition of owner that in the case of a lease limits it to The registered owner That is the lessee Would would apply I stand corrected your honor. I misunderstood the question the And my assumption was that the titled owner is Is listed as the owner of the vehicle and that's what the ordinance is referring to if it's the lessee if that's we refer to that person vis-a-vis the ordinance and the SOPs as the driver and that's where the notice that is Requirement is satisfied by putting the driver on notice with respect to the presence of the car who towed it and who has as Do you agree that in order to pass? Muster is a due process matter that the ordinance Needs to give notice at this at least the seven-day point to the titled owner In effect, that's what the that's what the ordinance does require on the part of my question is it is do you agree that Do it's a requirement of due process that within at least seven days there be notice to the titled owner That the car has been impounded Notice, I would agree with your honor. Okay, and Then what do we do with the fact that the term owner? The only definition that we have with the cross references in the you know, the in the ordinance and New Jersey law exclude the title donor At A minimum isn't doesn't that suggest that there's Because there are two different interpretations and it's not clear to Ito and company which one they're supposed to use that. There's a due process problem in In this this notice scheme There's the potential for a due process problem. However council's bigger focus here is Is on Not just notice but on this hearing process That they argue must be put in place promptly and immediately and under these circumstances Well, what if would it satisfy due process if if this if the ordinance said after seven days? Someone has to give the owner the title donor notice that the car has been impounded period In other words no Opportunity for a hearing of any kind just hey your car has been impounded. Was that satisfied due process? I Believe so and that again we get back to the the obligation under the ordinance was it was placed in the contractor Malanga How can that be? I understand the concerns that you've articulated as to the pre-deprivation hearing but your position is that That the the government can seize someone's private property can put it in in a facility that Can't be reached and does not offer any post deprivation hearing and that would comport with due process No with respect to the post deprivation hearing those That aspect of due process is satisfied by the statutes that are enacted That did afford the registered owner the opportunity to be heard if they believe that the garage keeper or towing contractor was not abiding by statutory law which of those state laws Provides an opportunity to challenge the validity of the underlying tone You My apologies your own Is it in essence the problem here that none of them provide that that opportunity They do provide other opportunities like to challenge whether the fees are excessive But they don't provide the opportunity to challenge the validity of the tow, right Well, there is statute that says There are statutes that require that when there's a driver with a suspended license a driver who doesn't have for just a registration when they are pulled over or a driver who Doesn't Produce insurance proof of insurance those statutes allow for the impoundment of the vehicle Right there and then immediately and those statutes do allow for that Let me go back to judge Krause's Question just a moment ago How can you disaggregate notice from opportunity to be heard? I'm going back literally the first week of law school the civil procedure class Notice an opportunity to be heard go together all the way back to malign and every Supreme Court case I can think of You can give notice but if you have to give at the same time an opportunity to come in present your case Be heard and have a decision made with regard to for example in this case possession of the vehicle. Isn't that right? That's correct. And let's Hypothetically, let's say there there was notice That there was notice the statutes With respect to that apply to towing companies predatory towing statute the garage gatekeeper statute those statutes allow for a hearing but they put the burden on the In this case Honda to initiate a suit and if you go back to for example Fuentes in 72 in the Republican case The court specifically says you can't put the burden on that party You have to give them the opportunity to show up at a hearing that is set in which they can present their case They don't have to file a lawsuit Yes, and there is statutory There were statutory steps that allowed there to be an administrative hearing Well, the administrative hearing here is about fees or something and the police chief is the only one you can complain to that doesn't That doesn't sound like You're getting an impartial Party here. I mean that the police chief has a deal with towing companies and there's Some you want to make sure that the fees are paid, but I'm missing the the meaningful hearing that needs to take place The hearing that counsel for appellant is suggesting take place will will result in an undue burden on The municipalities with respect to having a hearing in conjunction with notice. Let's assume notices is required and given Requiring municipal courts to conduct these hearings will unduly burden The municipal system. Where is that in the record? Where is there any any? Evidence that the burden on your township Would be such that it couldn't afford a hearing in these circumstances Okay, well that that is not in the record, but the case was argued In the briefs for the case law what and and the the district court relied on The case law that said It would be an undue burden One of the issues in the David case It's gonna be different in some ways We don't hear about notice, but rather when the hearing actually took place, but there there was a fully developed record As to the the number of Toes the burden that it would place on a city a large city To have hearings in a shorter period than it did And We don't have any of that in the record here, so if that's a concern Should we simply remand for the district court to make those sorts of findings and determine What would be a reasonable amount of time for both? Notice of a hearing and a hearing to be offered I would I would say that a remand for that determination to be made with the Understanding that it would open the door and basically a Pandora's box not just for this municipality but for all municipalities possibly at the county level to undertake Hearings that we don't quite yet know what they're supposed to look like in light of Which would would be burdensome in light of the predatory towing act and the right under the the three statutes cited in our brief And relied upon by the district court in determining that there was an opportunity For hearings to be heard by the registered owner and that it was in satisfact that satisfied due process requirements I Do have a question do you have section 216-16 in front of you there? From the ordinance And Of course I had it before I stood up Yeah, that's fine I Know the section that you're referring to okay I'm just it might be helpful to have the language there because I I'm having trouble seeing which Really if any of the sentences in this section Arguably You know Notice with an opportunity for hearing Or without an opportunity for hearing Notice that satisfies due process to Honda The first sentence refers to abandoned vehicles, right? And this is not an abandoned vehicle The second sentence. I don't know if it's if the whole thing is Referring to abandoned vehicles or the second sentence may be switches from abandoned vehicles to any Vehicle that's been towed, but hasn't been removed within seven days in that event Malanga's has to notify not Honda, but the police and then the next sentence says the failure of the contractor to notify the police just limits their their There's their costs their fees to seven days and Then the next sentence says after that it's the contractors obligation to notify the owner or operator of the vehicle I Don't know what they're supposed to notify them about but to notify them and to give proof to the police that it that's it has Attempted to give them some kind of note of notice to the owner or operator And then there's more there's more Limitations on fees after that, but I I'm not sure anything in this section really does the job In my When looking at this language the the contractual onus placed on the towing company and in this instance Malanga Specifically starting with the in in the event that a total towed vehicle is not removed within seven days by the Owner towing company shall be responsible for notifying the police department. Yes, they fail to do that if the police department had been told that The the idea was to prevent predatory towing activity by towing companies Requiring that the police department then be notified It's still required that under that circumstance where the vehicle is on the property That the towing contractor contact the owner or operator of the vehicle To furnish proof to the department that an attempt It shall the obligation for that for the contractor to provide to the department that such an attempt has been made When it says the contract is supposed to contact the owner of or operator, what's that mean? Contact communicate with they're there to to ascertain ownership Communicate with and that's their contractual obligation communicate with the registered owner title holder title holder and Advise them that the car is there and if they don't they assume Responsibility for their failure to do so which includes limiting what they're permitted to do These would be their fees and that's the incentive that we're looking as the the police department in the township To ensure that this contractor which is appropriate for the township to do otherwise the burden of running an impoundment a Function on the part of the police department would would be it would be very burdensome. So the idea was to take what? The police department wanted to have accomplished and place it in the contractors hands and have them Undertake to ensure that the due process is satisfied requirements are satisfied Does your defense on do as to due process depend on reading the term owner to include titled owner That's who that's who we're referring to when we're talking about honor and you're saying that's Honda Yes, my question is If owner does not mean titled owner in the ordinance does the township lose here Yes But that's what they that's what that word means in the context of This because there if we look at the distinction between driver There's an assumption that the driver isn't necessarily the owner So that's why it was required vis-a-vis the the ordinance for the owner and that's the titled owner So it's notified but the ordinance references this, New Jersey statute that defines owner In that circumstance to mean the lessee Not the titled owner just the registered owner. So we're What documents? What statute what are you pointing us to that defines owner? Here as titled owner. It's it's not the statute It's the the plain meaning of from the police department and the townships perspective the plain meaning of the the word owner as distinguished from operator What what is the difference between or just theoretically Difference between a registered owner and a titled owner If I get a title that's got my name on it. I got that But am I not also the registered owner of my vehicle? Yes, but you're both in the in the situation of a leased vehicle registration will list who's leasing the vehicle as The the lessee but also and actually the the registration has the name of the titled owner which would be Honda and That's that's how it's recorded. So what okay, so that leads that document that came out on August 1st of 2018 Listed the titled owner as Honda and It all it also listed Medina as the as the lessee. Is that right? I'm not sure your honor. I don't have the answer. Yeah, because most of the leases when I did this the lease would be just of the Person who actually owned the vehicle Honda as opposed to the lessee I'm not sure what is done to indicate that Smith or Jones is the lessee but the actual title that you have because you would often take that title and You would have it Pledged to your financier if you're Honda for example in this case Honda is the titled owner and it's my understanding that the the plain meaning of that word here is That Malanga has to find out who the owner is and that would be Honda They're the owner. Okay, if you put the VIN number in Honda would come up as the exactly exactly Thank you, thank you Your honors There were two questions that Butler needed to answer to win this case and they answered neither of them When is there a hearing? For an owner to participate in the disposal process and to be heard on the seizure of the vehicle under their policy the answer is never that's the answer to that question and When is notice provided of a hearing? To participate in the decision-making on those two things Which complies with millennium Memphis light the answer is also never Because Butler's policy calls for neither of those things Its policy deprives owners and other people with interests in these vehicles of due process The focus on Malanga dragging its feet is is is too late in this in the facts to matter because by the time that happened The due process violation was complete Butler had already seized the vehicle and already released possession to Malanga and Over 100 years ago The Supreme Court told us that due process prevents taking property from one person and transferring it to another without noticing a hearing So if Butler's version of events is correct, and they completely released to control the Malanga That alone violated due process under Ochoa But you said it's your opening that you've never really picks up in your case under after eight days, right? I'm sorry. You said it in your opening that you conceded that After the impoundment, you don't really need to get practically speaking notice until the eighth day. Is that correct? More or less. Yes. I mean, it's a nebulous Right a post impoundment hearing is acceptable. Yes So your honors and I want to point out one other case Westby Atkins said that you cannot delegate to a contractor and then just hope for the best Butler supposedly delegating notice, which by the way isn't notification not notice of a hearing But let's pretend that Malanga was supposed to send us notice of a hearing Delegating that doesn't let them off the hook. That's Westby Atkins. Mr. Justin We've we spent a lot of time in due process. I just had a couple questions for you on the Fourth Amendment You You acknowledge I would just want to be clear you that you agree that the initial seizure here was reasonable We agree that they had a valid exception to the warrant requirement that would allow them to move this vehicle off the road. Yes So if we want to say there's initial and then subsequent yes, the initial seizure was valid I actually think that There's no real way to draw a line between initial seizure and continued detention Really what this is is a seizure that could have been reasonable But became unreasonable because they decided to keep it for longer That's an important distinction because if you're acknowledging that it's reasonable at the outset Then we could talk about at what point in In a seizure it becomes too prolonged and would would violate the Fourth Amendment, right? but I Just want to be clear whether you agree that the initial seizure and initial impoundment was reasonable Yes, I mean I believe allowing Milonga to hook it up drive away and release control made it unreasonable Almost right away if Butler's story is to be believed and they say Milonga tow this away And we never want to hear about it, but if the initial seizure is is Reasonable. Yes, then. How does it become? Unreasonable when no one has come forward to claim the vehicle Well among other things my client couldn't come forward to claim the vehicle because they had no idea where it was That's it. That's a due process issue I understand that that argument But you're you've also made a Fourth Amendment claim and I'm trying to understand the basis for the foot absolutely They are related but in this instance The Supreme Court has been quite clear In the cases we said in our brief about Terry stops You can't stop someone for longer than you need to pat them down in the Case which name I'm going to forget about detaining a person for a longer But you know that the Fourth Amendment protects their post arrest detention as much as the arrest itself The in this court in the Smith case, which which the district court cited itself said even a community caretaking Seizure has to be completed reasonably the seizure has to be reasonable It actually calls the touchstone of the Fourth Amendment reasonableness. And so the question is And I agree with your honor they had a valid reason to move this car off the road It was a reasonable community. There was they they they could remove This vehicle from the road under the community caretaking exception to the warrant requirement. The question is then Where did their justification end as in the frying case, which those for months and months and months, but eventually the just Reasonable to wait for for someone to come forward and claim the vehicle How is how is that unreasonable if my client was told with any amount of time? We've been discussing under due process and they were able to come claim the vehicle There would be no Fourth Amendment violation The Fourth Amendment violation is relinquishing control to a private third party who's going to hold the vehicle as security for payment The holding it a security for payment has nothing to do with safety. It therefore rendered the community caretaking seizure unreasonable because you start they started to Interfere with property rights in a way that had nothing to do with safety or clearing the roadway or anything else like that That's that's what made the seizure unreasonable. Is that the holding it as surety? Okay Okay I will give you a 30 seconds to wrap up if you'd like I just want to point out the registered owner really means person who's allowed to drive the vehicle primarily not really the owner Just to clear that up before my client would never be the registered owner They would only ever be the titled owner because they don't drive these cars. They just lease them to other people. Is there a provision on the title For a vehicle in New Jersey that says registered owner No, the title would show my client this title for this vehicle would show my client the titled owner and any lien holder There's a different Set of documentation that would show mr. Medina as the registrant that makes sense. That's makes sense is what I yes You have The lien is noted If there is a lease of a financier and the titled owner and that's it on the title Yes, okay, and then separate documents show the registrant which is like I said the person who's you know, primarily driving Which sometimes is the owner but not always And there's the separate document is what is that a form New Jersey form? I? Yes, I believe so and then that is what would pop so the various police databases would show one or the other piece of information So usually when they run your license when they pull you over they shows the registered owner. Mr. Medina There would be a different place to look to find out whether my client owned the car and not mr Medina and would what shows up on the police report when he the officer goes back to his car and checks is that in effect there are two owners ones the titled owner and ones the Person who's leasing the car if they look in the right place And CIC would only tell you the register registrant And Vetus would only tell you the titled owner, but but yeah, basically, yes, they can find both of those people so when Medina pulled was pulled over on July 11th of 2020 the officer would have seen on checking that the titled owner was Honda and That the lessee was Medina correct if they looked in the two databases I just mentioned know if they have to look in two day which which they have access to for laptops in their cars typically is Okay, so if they looked in the right place, they would get that information. Got it. All right. Thank you Thank you. Thank both the council for argument. We will take this case under advisement